UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| DIRECTPACKET RESEARCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> POLYCOM, INC., <br><br> Defendant. | Civil Action No. 2:18-cv-00331-AWA-RJK |

**DEFENDANT POLYCOM, INC.'S MOTION TO
DISMISS FOR IMPROPER VENUE OR, ALTERNATIVELY, TO TRANSFER VENUE**

Pursuant to Fed. R. Civ. P. 12(b)(3), Defendant Polycom, Inc. ("Polycom") moves to dismiss or transfer this action under 28 U.S.C. § 1400(b) and § 1406 for improper venue. If the Court deems venue to be proper in this District, Polycom requests transfer to a more convenient forum under § 1404(a) to the Northern District of California. Polycom's Memorandum of Law in support of this motion and Proposed Order are filed concurrently herewith.

Dated:   July 27, 2018 	Respectfully submitted,

/s/
Yury Kalish (VSB No. 87680)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  202.879.3939
Facsimile:  202.626.1700
ykalish@jonesday.com

William E. Devitt (*pro hac vice* pending)
John A. Marlott (*pro hac vice* pending)
Rita J. Yoon (*pro hac vice* pending)
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
Telephone:  312.782.3939
Facsimile:   312.782.8585
wdevitt@jonesday.com
jamarlott@jonesday.com
ryoon@jonesday.com

*Counsel for Defendant Polycom, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July 2018, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following registered counsel for Plaintiff:

Terence P. Ross
Christopher B. Ferenc
Sean Scott Wooden
KATTEN MUCHIN ROSENMAN LLP
2900 K Street, N.W.
Suite 200
Washington, D.C. 20007
Telephone: (202) 625-3500
Fax: (202) 298-7570
terence.ross@kattenlaw.com
christopher.ferenc@kattenlaw.com
sean.wooden@kattenlaw.com

Yashas Kedar Honasoge
KATTEN MUCHIN ROSENMAN LLP
525 W Monroe St, Suite 1600
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Fax: (312) 902-1061
yashas.honasoge@kattenlaw.com

Respectfully submitted,

/s/
Yury Kalish (VSB No. 87680)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001.2113
Telephone:  202.879.3939
Facsimile:   202.626.1700
ykalish@jonesday.com

*Counsel for Defendant Polycom, Inc.*

3