IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| DIRECTPACKET RESEARCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> POLYCOM, INC., <br><br> Defendant. | Civil Action No. 2:18-cv-00331-AWA-RJK |

**CONSENT MOTION AND SUPPORTING MEMORANDUM
TO ALLOW WITHDRAWAL OF COUNSEL FROM MATTER**

Pursuant to Local Rule 83.1(G), Defendant Polycom, Inc. ("Defendant"), through its counsel, hereby moves for leave to allow William R. Poynter, along with the law firm of Kaleo Legal (collectively "Kaleo Legal"), to withdraw as counsel of record for Defendant in this case. In support of this consent motion, Defendant states:

1.     Defendant will remain represented by competent counsel, Goutam Patnaik, Tuhin Ganguly, Ryan H. Ellis, Suparna Datta, and Brittanee L. Friedman, along with the law firm of Pepper Hamilton LLP, and Virginia counsel Gary Alvin Bryant, Jason Eli Ohana, and the law firm of Willcox & Savage.

2.     Withdrawal of Kaleo Legal shall not cause any party prejudice or delay. Plaintiff consents to the requested withdrawal.

3.     Attached as Exhibit 1 is a proposed agreed order electronically endorsed by counsel granting the relief requested.

Dated:   May 17, 2019                                   Respectfully submitted,

                                                                /s/
William R. Poynter
Virginia State Bar No. 48672
Kaleo Legal
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
747.238.6383
757.304.6175 (facsimile)
wpoynter@kaleolegal.com

Gary A. Bryant, VSB No. 27558
Jason E. Ohana, VSB No. 82485
WILLCOX & SAVAGE, P.C.
440 Monticello Ave, Suite 2200
Norfolk, VA 23510
Telephone: (757) 628 5500
Facsimile: (757) 628 5566
Email: gbryant@wilsav.com
Email: johana@wilsav.com

Yury Kalish
Virginia State Bar No. 87680
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  202.879.3939
Facsimile:  202.626.1700
ykalish@jonesday.com

William E. Devitt (*pro hac vice*)
John A. Marlott (*pro hac vice*)
Rita J. Yoon (*pro hac vice*)
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
Telephone:  312.782.3939
Facsimile:  312.782.8585
wdevitt@jonesday.com
jamarlott@jonesday.com
ryoon@jonesday.com

Goutam Patnaik (*pro hac vice*)
Tuhin Ganguly (*pro hac vice*)
Ryan H. Ellis

2

Pepper Hamilton LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, DC 20005-2004
202.220.1200
202.220.1665 (facsimile)
patnaikg@pepperlaw.com
gangulyt@pepperlaw.com
ellisr@pepperlaw.com

Suparna Datta (*pro hac vice*)
Brittanee L. Friedman (*pro hac vice*)
Pepper Hamilton LLP
19th Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
617.204.5100
617.204.5150 (facsimile)
dattas@pepperlaw.com
friedmbr@pepperlaw.com

*Attorneys for Defendant Polycom, Inc.*

Case 5:19-cv-03918-LHK   Document 92   Filed 05/17/19   Page 4 of 5

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May 2019, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following registered counsel for Plaintiff:

> Terence P. Ross
> Christopher B. Ferenc
> Sean Scott Wooden
> KATTEN MUCHIN ROSENMAN LLP
> 2900 K Street, N.W.
> Suite 200
> Washington, D.C. 20007
> Telephone: (202) 625-3500
> Fax: (202) 298-7570
> terence.ross@kattenlaw.com
> christopher.ferenc@kattenlaw.com
> sean.wooden@kattenlaw.com
>
> Yashas Kedar Honasoge
> KATTEN MUCHIN ROSENMAN LLP
> 525 W Monroe St, Suite 1600
> Chicago, IL 60661-3693
> Telephone: (312) 902-5200
> Fax: (312) 902-1061
> yashas.honasoge@kattenlaw.com
>
> Stephen Edward Noona
> KAUFMAN & CANOLES, P.C.
> 150 W. Main St.
> Suite 2100
> Norfolk, VA 23510
> Telephone: (757) 624-3239
> Fax: (888) 360-9092
> senoona@kaufcan.com

Respectfully submitted,

_/s/_
William R. Poynter
Virginia State Bar No. 48672
Kaleo Legal
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
747.238.6383
757.304.6175 (facsimile)
wpoynter@kaleolegal.com