# U.S. District Court
# Eastern District of Virginia – (Norfolk)
# CIVIL DOCKET FOR CASE #: 2:18–cv–00331–AWA–LRL

| | |
|---|---|
| directPacket Research, Inc. v. Polycom, Inc. | Date Filed: 06/21/2018 |
| Assigned to: District Judge Arenda L. Wright Allen | Date Terminated: 07/03/2019 |
| Referred to: Magistrate Judge Lawrence R. Leonard | Jury Demand: Both |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**directPacket Research, Inc.**     represented by     **Christopher Bohdan Ferenc**
Katten Muchin Rosenman LLP (DC)
2900 K. Street NW
Suite 200
Washington, DC 20007–5118
202–625–3500
Fax: 202–339–6044
Email: christopher.ferenc@kattenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Edward Noona**
Kaufman & Canoles, P.C.
150 W Main St
Suite 2100
Norfolk, VA 23510
(757) 624–3239
Fax: (888) 360–9092
Email: senoona@kaufcan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terence P. Ross**
Katten Muchin Rosenman LLP (DC)
2900 K. Street NW
Suite 200
Washington, DC 20007–5118
(202) 625–3676
Fax: (202) 298–7570
Email: terence.ross@kattenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Scott Wooden**
Katten Muchin Rosenman (DC–NA)
2900 K Street NW Suite 200
Washington, DC 20007
**NA**
(202) 625–3500
Fax: (202) 298–7570
Email: sean.wooden@kattenlaw.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yashas Kedar Honasoge**
Katten Muchin Rosenman LLP (IL−NA)
525 W Monroe St
Suite 1600
Chicago, IL 60661−3693
**NA**
(312) 902−5200
Fax: (312) 902−1061
Email: yashas.honasoge@kattenlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Polycom, Inc.** | represented by | **Gary Alvin Bryant** |

Willcox & Savage PC
Wells Fargo Center
440 Monticello Ave
Suite 2200
Norfolk, VA 23510
(757) 628−5500
Fax: (757) 628−5566
Email: gbryant@wilsav.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Eli Ohana**
Willcox & Savage PC
Wells Fargo Center
440 Monticello Ave
Suite 2200
Norfolk, VA 23510
(757) 628−5500
Fax: (757) 628−5566
Email: johana@wilsav.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Hayes Ellis**
Pepper Hamilton LLP (DC)
2000 K Street, N.W.
Suite 600
Washington, DC 20006−1865
202−220−1200
Fax: 202−220−1665
Email: ellisr@pepperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tuhin Ganguly**
Pepper Hamilton LLP (DC−NA)
2000 K Street N.W.

Suite 600
Washington, DC 20006–1865
**NA**
(202) 220–1200
Fax: (202) 220–1665`
Email: gangulyt@pepperlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brittanee Friedman**
Pepper Hamilton LLP (MA–NA)
125 High Street
Street Tower 19th Floor
Boston, MA 02110
**NA**
(617) 204–5100
Fax: (617) 204–5150
Email: friedmanbr@pepperlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Goutam Patnaik**
Pepper Hamilton LLP (DC–NA)
2000 K Street N.W.
Suite 600
Washington, DC 20006–1865
**NA**
(202) 220–1200
Fax: (202) 220–1665
Email: patnaikg@pepperlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Marlott**
Jones Day (IL–NA)
77 W Wacker Dr
Chicago, IL 60601–1692
**NA**
(312) 782–3939
Fax: (312) 782–8585
Email: jamarlott@jonesday.com
*TERMINATED: 03/05/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rita Yoon**
Jones Day (IL–NA)
77 W Wacker Dr
Chicago, IL 60601–1692
**NA**
(312) 782–3939
Fax: (312) 782–8585
Email: ryoon@jonesday.com
*TERMINATED: 03/05/2019*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Suparna Datta**
Pepper Hamilton LLP (MA–NA)
125 High Street
Street Tower 19th Floor
Boston, MA 02110
\*\*NA\*\*
(617) 204–5100
Fax: (800) 801–3934
Email: dattas@pepperlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Devitt**
Jones Day (IL–NA)
77 W Wacker Dr
Chicago, IL 60601–1692
\*\*NA\*\*
(312) 782–3939
Fax: (312) 782–8585
Email: wdevitt@jonesday.com
*TERMINATED: 03/05/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Rueger Poynter**
Kaleo Legal
4456 Corproation lane
Suite 135
Virginia Beach, VA 23462
(757) 238–6383
Fax: (757) 304–6175
Email: wpoynter@kaleolegal.com
*TERMINATED: 05/29/2019*
*ATTORNEY TO BE NOTICED*

**Yury Kalish**
Jones Day
51 Louisiana Ave NW
Washington, DC 20001
202–879–3939
Fax: 202–879–3616
Email: ykalish@jonesday.com
*TERMINATED: 03/05/2019*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Polycom, Inc.**                    represented by    **Gary Alvin Bryant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Eli Ohana**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Hayes Ellis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tuhin Ganguly**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brittanee Friedman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Goutam Patnaik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Marlott**
(See above for address)
*TERMINATED: 03/05/2019*
*ATTORNEY TO BE NOTICED*

**Rita Yoon**
(See above for address)
*TERMINATED: 03/05/2019*
*ATTORNEY TO BE NOTICED*

**Suparna Datta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Devitt**
(See above for address)
*TERMINATED: 03/05/2019*
*ATTORNEY TO BE NOTICED*

**William Rueger Poynter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yury Kalish**
(See above for address)
*TERMINATED: 03/05/2019*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**directPacket Research, Inc.**                    represented by   **Christopher Bohdan Ferenc**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Edward Noona**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terence P. Ross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Scott Wooden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yashas Kedar Honasoge**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/21/2018 | Ï 1 | COMPLAINT against Polycom, Inc. ( Filing fee $ 400, receipt number 0422−6143907.), filed by directPacket Research, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Civil Cover Sheet)(epri) (Entered: 06/22/2018) |
| 06/21/2018 | Ï | Notice of Correction re 1 Complaint. A financial disclosure statement was not filed with the party's first appearance as required by Local Rule 7.1. The party is allowed seven (7) days to correct the deficiency and file the financial disclosure statement. Failure to file the financial disclosure statement within this period of time will subject 1 to being stricken from the record. (epri, ) (Entered: 06/22/2018) |
| 06/22/2018 | Ï 2 | Report on the filing or determination of an action regarding a patent. (epri) (Entered: 06/22/2018) |
| 06/22/2018 | Ï 3 | Summons Issued as to Polycom, Inc. NOTICE TO ATTORNEY: Print out two electronically issued summons and one copy of the attachments for each defendant to be served with the complaint. (Attachments: # 1 Civil Motions Procedures)(epri) (Entered: 06/22/2018) |
| 06/22/2018 | Ï 4 | Corporate Disclosure Statement by directPacket Research, Inc.. (Ferenc, Christopher) (Entered: 06/22/2018) |
| 06/29/2018 | Ï 5 | Summons Returned Executed by directPacket Research, Inc. Polycom, Inc. served on 6/22/2018. (Attachments: # 1 Letter)(tbro) (Entered: 07/02/2018) |
| 07/09/2018 | Ï 6 | Motion to appear Pro Hac Vice by Sean Wooden and Certification of Local Counsel Christopher B Ferenc Filing fee $ 75, receipt number 0422−6168432. by directPacket Research, Inc.. (Ferenc, Christopher) (Entered: 07/09/2018) |
| 07/09/2018 | Ï 7 | Motion to appear Pro Hac Vice by Yashas Honasoge and Certification of Local Counsel Christopher B Ferenc Filing fee $ 75, receipt number 0422−6168456. by directPacket Research, |

| | | |
|---|---|---|
| | | Inc.. (Ferenc, Christopher) (Entered: 07/09/2018) |
| 07/12/2018 | Ï 8 | NOTICE of Appearance by Yury Kalish on behalf of Polycom, Inc. (Kalish, Yury) (Entered: 07/12/2018) |
| 07/12/2018 | Ï 9 | Financial Interest Disclosure Statement (Local Rule 7.1) by Polycom, Inc.. (Kalish, Yury) (Entered: 07/12/2018) |
| 07/12/2018 | Ï 10 | Consent MOTION for Extension *of Time for Defendant to Answer, Move, or Otherwise Respond to Complaint* by Polycom, Inc.. (Attachments: # 1 Proposed Order)(Kalish, Yury) (Entered: 07/12/2018) |
| 07/12/2018 | Ï | MOTIONS REFERRED to Magistrate Judge: Robert J. Krask. 10 Consent MOTION for Extension *of Time for Defendant to Answer, Move, or Otherwise Respond to Complaint* (clou ) (Entered: 07/12/2018) |
| 07/12/2018 | Ï 11 | ORDER granting 10 Consent MOTION for Extension of Time for Defendant to Answer, Move, or Otherwise Respond to Complaint. Copies distributed to all counsel. Signed by District Judge Arenda L. Wright Allen on 7/12/2018. (clou ) (Entered: 07/12/2018) |
| 07/13/2018 | Ï 12 | NOTICE of Appearance by Stephen Edward Noona on behalf of directPacket Research, Inc. (Noona, Stephen) (Entered: 07/13/2018) |
| 07/16/2018 | Ï 13 | ORDER granting 6 , the Motion to appear Pro Hac Vice by Sean Wooden as certified by Local Counsel Christopher B Ferenc for directPacket Research, Inc.. Signed by District Judge Arenda L. Wright Allen on 7/16/2018. (Allen, Arenda) (Entered: 07/16/2018) |
| 07/16/2018 | Ï 14 | ORDER granting 7 , the Motion to appear Pro Hac Vice by Yashas Honasoge as certified by Local Counsel Christopher B Ferenc for directPacket Research, Inc.. Signed by District Judge Arenda L. Wright Allen on 7/16/2018. (Allen, Arenda) (Entered: 07/16/2018) |
| 07/18/2018 | Ï 15 | Motion to appear Pro Hac Vice by Rita Yoon and Certification of Local Counsel Yury Kalish Filing fee $ 75, receipt number 0422–6182563. by Polycom, Inc.. (Kalish, Yury) (Entered: 07/18/2018) |
| 07/18/2018 | Ï 16 | Motion to appear Pro Hac Vice by John Marlott and Certification of Local Counsel Yury Kalish Filing fee $ 75, receipt number 0422–6182679. by Polycom, Inc.. (Kalish, Yury) (Entered: 07/18/2018) |
| 07/18/2018 | Ï 17 | Motion to appear Pro Hac Vice by William Devitt and Certification of Local Counsel Yury Kalish Filing fee $ 75, receipt number 0422–6182687. by Polycom, Inc.. (Kalish, Yury) (Entered: 07/18/2018) |
| 07/27/2018 | Ï 18 | MOTION to Dismiss *For Improper Venue Or, Alternatively, To Transfer Venue* by Polycom, Inc.. (Attachments: # 1 Proposed Order)(Kalish, Yury) (Entered: 07/27/2018) |
| 07/27/2018 | Ï 19 | Memorandum in Support re 18 MOTION to Dismiss *For Improper Venue Or, Alternatively, To Transfer Venue* filed by Polycom, Inc.. (Attachments: # 1 Declaration of Judith Hom In Support of Polycom's Motion to Dismiss for Improper Venue or, Alternatively, to Transfer Venue)(Kalish, Yury) (Entered: 07/27/2018) |
| 07/31/2018 | Ï 20 | ORDER granting 15 , the Motion to appear Pro Hac Vice by Rita Yoon as certified by Local Counsel Yury Kalish for Polycom, Inc. Signed by District Judge Arenda L. Wright Allen on 7/31/2018. (Allen, Arenda) (Entered: 07/31/2018) |
| 07/31/2018 | Ï 21 | ORDER granting 16 , the Motion to appear Pro Hac Vice by John Marlott as certified by Local Counsel Yury Kalish for Polycom, Inc. Signed by District Judge Arenda L. Wright Allen on 7/31/2018. (Allen, Arenda) (Entered: 07/31/2018) |

| | | |
|---|---|---|
| 07/31/2018 | Ï 22 | ORDER granting 17 , the Motion to appear Pro Hac Vice by William Devitt as certified by Local Counsel Yury Kalish for Polycom, Inc. Signed by District Judge Arenda L. Wright Allen on 7/31/2018. (Allen, Arenda) (Entered: 07/31/2018) |
| 08/10/2018 | Ï 23 | Memorandum in Opposition re 18 MOTION to Dismiss *For Improper Venue Or, Alternatively, To Transfer Venue* filed by directPacket Research, Inc.. (Attachments: # 1 Declaration of Edward M. Riley, III, # 2 Declaration of Yashas K. Honasoge)(Ross, Terence) (Entered: 08/10/2018) |
| 08/16/2018 | Ï 24 | REPLY to Response to Motion re 18 MOTION to Dismiss *For Improper Venue Or, Alternatively, To Transfer Venue* filed by Polycom, Inc.. (Attachments: # 1 Declaration of Mara Still In Support of Polycom's Motion to Dismiss for Improper Venue or, Alternatively, to Transfer Venue, # 2 Declaration of James Schulze In Support of Polycom's Motion to Dismiss for Improper Venue or, Alternatively, to Transfer Venue, # 3 Declaration of Yury Kalish In Support of Polycom's Motion to Dismiss for Improper Venue or, Alternatively, to Transfer Venue)(Kalish, Yury) (Entered: 08/16/2018) |
| 08/17/2018 | Ï 25 | Request for Hearing by Polycom, Inc. re 18 MOTION to Dismiss *For Improper Venue Or, Alternatively, To Transfer Venue* (Kalish, Yury) (Entered: 08/17/2018) |
| 08/17/2018 | Ï 26 | Request for Hearing by directPacket Research, Inc. re 18 MOTION to Dismiss *For Improper Venue Or, Alternatively, To Transfer Venue*, 23 Memorandum in Opposition, (Noona, Stephen) (Entered: 08/17/2018) |
| 10/04/2018 | Ï 27 | ORDER denying 18 MOTION to Dismiss For Improper Venue Or, Alternatively, To Transfer Venue. (See order for specific details). Copies distributed to all counsel. Signed by District Judge Arenda L. Wright Allen on 10/4/2018. (clou) (Entered: 10/04/2018) |
| 10/18/2018 | Ï 28 | ANSWER to 1 Complaint , COUNTERCLAIM against directPacket Research, Inc. by Polycom, Inc..(Kalish, Yury) (Entered: 10/18/2018) |
| 10/26/2018 | Ï 29 | ANSWER to Counterclaim re 28 Answer to Complaint, Counterclaim by directPacket Research, Inc.. (Ferenc, Christopher) (Entered: 10/26/2018) |
| 11/06/2018 | Ï | Refer for 16(b) (clou) (Entered: 11/06/2018) |
| 01/03/2019 | Ï 30 | NOTICE of Appearance by William Rueger Poynter on behalf of Polycom, Inc. (Poynter, William) (Entered: 01/03/2019) |
| 01/03/2019 | Ï 31 | RULE 26(f) PRETRIAL ORDER: Rule 16(b) Scheduling Conference set for 1/10/2019 at 10:30 AM in Norfolk Courtroom 3. Signed by Magistrate Judge Robert J. Krask and filed on 1/3/19. (lhow) (Entered: 01/03/2019) |
| 01/10/2019 | Ï | Scheduling Conference – Rule 16b held on 1/10/2019. (lhow) (Entered: 01/10/2019) |
| 01/15/2019 | Ï 32 | Order Rule 16(b) Scheduling Order – Pursuant to the Rule 16(b) Conference it is ordered that Markman Hearing set for 10/25/2019 at 09:00 AM at the courthouse in Norfolk. Final Pretrial Conference set for 1/10/2020 at 11:00 AM at the courthouse in Norfolk. Jury Trial set for 1/28/2020 at 10:00 AM at the courthouse in Norfolk. Signed by District Judge Arenda L. Wright Allen on 1/14/19 and filed on 1/15/19. (lhow) (Entered: 01/15/2019) |
| 01/22/2019 | Ï 33 | MOTION to Schedule Claim Construction Prior to Expert Reports and Summary Judgment Briefing by Polycom, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 01/22/2019) |
| 01/22/2019 | Ï 34 | Memorandum in Support re 33 MOTION to Schedule Claim Construction Prior to Expert Reports and Summary Judgment Briefing filed by Polycom, Inc.. (Poynter, William) (Entered: 01/22/2019) |
| 02/05/2019 | Ï 35 | |

| 02/08/2019 | Ï 36 | NOTICE of Appearance by Ryan Hayes Ellis on behalf of Polycom, Inc. (Ellis, Ryan) (Entered: 02/08/2019) |
|---|---|---|
| | | Memorandum in Opposition re 33 MOTION to Schedule Claim Construction Prior to Expert Reports and Summary Judgment Briefing filed by directPacket Research, Inc.. (Ferenc, Christopher) (Entered: 02/05/2019) |
| 02/08/2019 | Ï 36 | NOTICE of Appearance by Ryan Hayes Ellis on behalf of Polycom, Inc. (Ellis, Ryan) (Entered: 02/08/2019) |
| 02/08/2019 | Ï 37 | Motion to appear Pro Hac Vice by Goutam Patnaik and Certification of Local Counsel Ryan Hayes Ellis Filing fee $ 75, receipt number 0422−6486301. by Polycom, Inc.. (Ellis, Ryan) (Entered: 02/08/2019) |
| 02/08/2019 | Ï 38 | Motion to appear Pro Hac Vice by Tuhin Ganguly and Certification of Local Counsel Ryan Hayes Ellis Filing fee $ 75, receipt number 0422−6486346. by Polycom, Inc.. (Ellis, Ryan) (Entered: 02/08/2019) |
| 02/08/2019 | Ï 39 | Motion to appear Pro Hac Vice by Brittanee Friedman and Certification of Local Counsel Ryan Hayes Ellis Filing fee $ 75, receipt number 0422−6486362. by Polycom, Inc.. (Ellis, Ryan) (Entered: 02/08/2019) |
| 02/11/2019 | Ï 40 | Motion to appear Pro Hac Vice by Suparna Datta and Certification of Local Counsel Filing fee $ 75, receipt number 0422−6487830. by Polycom, Inc.. (Ellis, Ryan) (Entered: 02/11/2019) |
| 02/11/2019 | Ï 41 | Reply to Motion re 33 MOTION to Schedule Claim Construction Prior to Expert Reports and Summary Judgment Briefing filed by Polycom, Inc.. (Poynter, William) (Entered: 02/11/2019) |
| 02/13/2019 | Ï 42 | ORDER granting 37 , the Motion to appear Pro Hac Vice by Goutam Patnaik as certified by local counsel Ryan Hayes Ellis for Polycom, Inc.. Signed by District Judge Arenda L. Wright Allen on 2/13/2019. (Allen, Arenda) (Entered: 02/13/2019) |
| 02/13/2019 | Ï 43 | ORDER granting 38 , Motion to appear Pro Hac Vice by Tuhin Ganguly as certified by local counsel Ryan Hayes Ellis for Polycom, Inc.. Signed by District Judge Arenda L. Wright Allen on 2/13/2019. (Allen, Arenda) (Entered: 02/13/2019) |
| 02/13/2019 | Ï 44 | ORDER granting 39 , the Motion to appear Pro Hac Vice by Brittanee Friedman as certified by local counsel Ryan Hayes Ellis for Polycom, Inc.. Signed by District Judge Arenda L. Wright Allen on 2/13/2019. (Allen, Arenda) (Entered: 02/13/2019) |
| 02/13/2019 | Ï 45 | ORDER granting 40 , the Motion to appear Pro Hac Vice by Suparna Datta as certified by local counsel for Polycom, Inc.. Signed by District Judge Arenda L. Wright Allen on 2/13/2019. (Allen, Arenda) (Entered: 02/13/2019) |
| 02/15/2019 | Ï | Settlement Conference set for 3/27/2019 at 10:00 AM in Norfolk Judges Chamber before Magistrate Judge Robert J. Krask. (lwoo) (Entered: 02/15/2019) |
| 02/15/2019 | Ï 46 | MOTION for Protective Order *and Discovery Order* by directPacket Research, Inc.. (Ferenc, Christopher) (Entered: 02/15/2019) |
| 02/15/2019 | Ï 47 | Memorandum in Support re 46 MOTION for Protective Order *and Discovery Order* filed by directPacket Research, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ferenc, Christopher) (Entered: 02/15/2019) |
| 02/15/2019 | Ï 48 | MOTION to Transfer Case *pursuant to 28 USC 1404(a)* by Polycom, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 02/15/2019) |
| 02/15/2019 | Ï 49 | Memorandum in Support re 48 MOTION to Transfer Case *pursuant to 28 USC 1404(a) (Public Version)* filed by Polycom, Inc.. (Poynter, William) (Entered: 02/15/2019) |
| 02/15/2019 | Ï 50 | |

| | | |
|---|---|---|
| | | Declaration re 49 Memorandum in Support *of Goutam Patnaik* by Polycom, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20)(Poynter, William) (Entered: 02/15/2019) |
| 02/15/2019 | Ï 51 | NOTICE by Polycom, Inc. re 50 Declaration, *of Filing of Additional Exhibits to the Declaration of Goutam Patnaik* (Attachments: # 1 Exhibit 21, # 2 Exhibit 22, # 3 Exhibit 23, # 4 Exhibit 24, # 5 Exhibit 25, # 6 Exhibit 26, # 7 Exhibit 27, # 8 Exhibit 28, # 9 Exhibit 29, # 10 Exhibit 30, # 11 Exhibit 31, # 12 Exhibit 32, # 13 Exhibit 33, # 14 Exhibit 34, # 15 Exhibit 35)(Poynter, William) (Entered: 02/15/2019) |
| 02/15/2019 | Ï 52 | MOTION to Seal *Certain Documents* by Polycom, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 02/15/2019) |
| 02/15/2019 | Ï 53 | Memorandum in Support re 52 MOTION to Seal *Certain Documents* filed by Polycom, Inc.. (Attachments: # 1 Exhibit Declaration of Goutam Patnaik)(Poynter, William) (Entered: 02/15/2019) |
| 02/15/2019 | Ï 54 | Notice of Filing Sealing Motion LCvR5(C) by Polycom, Inc. re 52 MOTION to Seal *Certain Documents* (Poynter, William) (Entered: 02/15/2019) |
| 02/15/2019 | Ï 55 | Sealed Document re 52 MOTION to Seal *Certain Documents*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Supplement 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Poynter, William) (Entered: 02/15/2019) |
| 02/20/2019 | Ï 56 | Settlement Conference Order – Settlement conference scheduled for 10:00 a.m. on March 27, 2019; memorandum due by noon on March 20, 2019, see Order for details. Signed by Magistrate Judge Robert J. Krask on 2/19/2019. (clou) (Entered: 02/20/2019) |
| 02/25/2019 | Ï 57 | MOTION to Withdraw as Attorney *by Rita Yoon, Yury Kalish, William Devitt, John Marlott, and the law firm of Jones Day* by Polycom, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 02/25/2019) |
| 02/25/2019 | Ï 58 | Memorandum in Support re 57 MOTION to Withdraw as Attorney *by Rita Yoon, Yury Kalish, William Devitt, John Marlott, and the law firm of Jones Day* filed by Polycom, Inc.. (Poynter, William) (Entered: 02/25/2019) |
| 02/26/2019 | Ï 59 | ORDER granting 52 MOTION to Seal Certain Documents. Copies distributed to all counsel. Signed by Magistrate Judge Robert J. Krask on 2/25/2019. (clou ) (Entered: 02/26/2019) |
| 02/27/2019 | Ï 60 | ORDER Amending Paragraph 11 of the Rule 16(b) Scheduling Order – granting in part and denying in part 33 Motion to Schedule Claim Construction Prior to Expert Reports and Summary Judgment Briefing. Copies distributed as directed. Signed by Magistrate Judge Robert J. Krask on 2/26/2019. (clou) (Entered: 02/27/2019) |
| 03/01/2019 | Ï 61 | Opposition to 46 MOTION for Protective Order *and Discovery Order* filed by Polycom, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Poynter, William) (Entered: 03/01/2019) |
| 03/01/2019 | Ï 62 | Memorandum in Opposition re 48 MOTION to Transfer Case *pursuant to 28 USC 1404(a)* filed by directPacket Research, Inc.. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 03/01/2019) |
| 03/05/2019 | Ï 63 | ORDER granting 57 the Motion to Withdraw as Attorneys as follows: William E. Devitt, John A. Marlott, Rita J. Yoon, and Yury Kalish of the Jones Day firm are withdrawn as counsel of record. Defendants' Motion to Transfer Venue 48 remains under advisement. Signed by District Judge Arenda L. Wright Allen on 3/5/2019. (Allen, Arenda) (Entered: 03/05/2019) |

| 03/07/2019 | Ï 64 | Reply to Motion re 48 MOTION to Transfer Case *pursuant to 28 USC 1404(a)* filed by Polycom, Inc.. (Poynter, William) (Entered: 03/07/2019) |
|---|---|---|
| 03/07/2019 | Ï 65 | Reply to 46 MOTION for Protective Order *and Discovery Order* filed by directPacket Research, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ferenc, Christopher) (Entered: 03/07/2019) |
| 03/11/2019 | Ï | MOTIONS REFERRED to Magistrate Judge: Robert J. Krask. 46 MOTION for Protective Order *and Discovery Order* (clou ) (Entered: 03/11/2019) |
| 03/11/2019 | Ï 66 | Request for Hearing by directPacket Research, Inc. re 46 MOTION for Protective Order *and Discovery Order* (Noona, Stephen) (Entered: 03/11/2019) |
| 03/15/2019 | Ï | Set Hearings Telephone Conference set for 3/19/2019 at 03:30 PM in Norfolk Judges Chamber before Magistrate Judge Robert J. Krask. (cdod, ) (Entered: 03/15/2019) |
| 03/15/2019 | Ï 67 | MOTION to Compel *Polycom to Produce Discovery and to Reset the Claim Construction Schedule to Reflect Polycom's Refusal to Meet Its Discovery Obligations* by directPacket Research, Inc.. (Attachments: # 1 Proposed Order)(Ferenc, Christopher) (Entered: 03/15/2019) |
| 03/15/2019 | Ï 68 | Memorandum in Support re 67 MOTION to Compel *Polycom to Produce Discovery and to Reset the Claim Construction Schedule to Reflect Polycom's Refusal to Meet Its Discovery Obligations* filed by directPacket Research, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Ferenc, Christopher) (Entered: 03/15/2019) |
| 03/18/2019 | Ï 69 | MOTION to Compel *directPacket Research, Inc.'s Meaningful Participation in Discovery* by Polycom, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(Ellis, Ryan) (Main Document 69 replaced on 3/20/2019) (clou, ). (Entered: 03/18/2019) |
| 03/18/2019 | Ï 70 | Memorandum in Support re 69 MOTION to Compel *directPacket Research, Inc.'s Meaningful Participation in Discovery* filed by Polycom, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(Ellis, Ryan) (Main Document 70 replaced on 3/20/2019) (clou, ). (Entered: 03/18/2019) |
| 03/18/2019 | Ï 71 | NOTICE by Polycom, Inc. re 69 MOTION to Compel *directPacket Research, Inc.'s Meaningful Participation in Discovery [Proposed] Order* (Attachments: # 1 Proposed Order)(Ellis, Ryan) (Entered: 03/18/2019) |
| 03/19/2019 | Ï | Minute Entry for proceedings held before Magistrate Judge Robert J. Krask:Telephone Conference held on 3/19/2019. (jjon) (Entered: 03/19/2019) |
| 03/20/2019 | Ï 72 | ORDER granting in part and denying in part 46 MOTION for Protective Order and Discovery Order. Copies distributed to all counsel. Signed by Magistrate Judge Robert J. Krask on 3/20/2019. (clou ) (Entered: 03/20/2019) |
| 03/22/2019 | Ï 73 | Stipulated ORDER Regarding Discovery. Copies distributed to all counsel. Signed by Magistrate Judge Robert J. Krask on 3/21/2019. (clou ) (Entered: 03/22/2019) |
| 03/22/2019 | Ï 74 | PROTECTIVE ORDER. Copies distributed to all counsel. Signed by Magistrate Judge Robert J. Krask on 3/21/2019. (clou ) (Entered: 03/22/2019) |
| 03/27/2019 | Ï | Minute Entry for proceedings held before Magistrate Judge Robert J. Krask:Settlement Conference held on 3/27/2019. (jjon) (Entered: 03/28/2019) |
| 03/27/2019 | Ï | Case Reassigned to Magistrate Judge Lawrence R. Leonard. Magistrate Judge Robert J. Krask no longer assigned to the case. (clou ) (Entered: 03/28/2019) |
| 03/27/2019 | Ï 76 | |

| | | |
|---|---|---|
| | | ORDER OF RECUSAL – Clerk is DIRECTED to reassign this matter to an alternate United States Magistrate Judge. Copies distributed as directed. Signed by Magistrate Judge Robert J. Krask on 3/27/2019. (clou ) (Entered: 03/28/2019) |
| 03/28/2019 | Ï 75 | Consent MOTION for Extension *of Time for Defendant to File its Opposition to Plaintiff's Motion to Compel (ECF No. 67)* by Polycom, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 03/28/2019) |
| 03/28/2019 | Ï | MOTIONS REFERRED to Magistrate Judge: Lawrence R. Leonard. 75 Consent MOTION for Extension *of Time for Defendant to File its Opposition to Plaintiff's Motion to Compel (ECF No. 67)* (clou ) (Entered: 03/28/2019) |
| 03/28/2019 | Ï 77 | ORDER granting 75 Consent MOTION for Extension of Time for Defendant to File its Opposition to Plaintiff's Motion to Compel (ECF No. 67). Copies distributed to all counsel. Signed by Magistrate Judge Lawrence R. Leonard on 3/28/2019. (clou ) (Entered: 03/28/2019) |
| 03/29/2019 | Ï 78 | Joint MOTION to Amend/Correct 32 Order Rule 16(b) Scheduling Order, 60 Order on Motion for Miscellaneous Relief, *(and Memorandum in Support)* by directPacket Research, Inc.. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 03/29/2019) |
| 03/29/2019 | Ï | MOTIONS REFERRED to Magistrate Judge: Lawrence R. Leonard. 78 Joint MOTION to Amend/Correct 32 Order Rule 16(b) Scheduling Order, 60 Order on Motion for Miscellaneous Relief, *(and Memorandum in Support)* (clou ) (Entered: 03/29/2019) |
| 04/01/2019 | Ï 79 | STIPULATION *(Joint) Regarding Resolution of Issues Raised in the Parties' Motions to Compel* by Polycom, Inc.. (Poynter, William) (Entered: 04/01/2019) |
| 04/01/2019 | Ï 80 | RESPONSE to Motion re 69 MOTION to Compel *directPacket Research, Inc.'s Meaningful Participation in Discovery* filed by directPacket Research, Inc.. (Noona, Stephen) (Entered: 04/01/2019) |
| 04/01/2019 | Ï 81 | RESPONSE to Motion re 67 MOTION to Compel *Polycom to Produce Discovery and to Reset the Claim Construction Schedule to Reflect Polycom's Refusal to Meet Its Discovery Obligations* filed by Polycom, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Poynter, William) (Entered: 04/01/2019) |
| 04/02/2019 | Ï 82 | Withdrawal of Motion by Polycom, Inc. re 69 MOTION to Compel *directPacket Research, Inc.'s Meaningful Participation in Discovery* (Poynter, William) (Entered: 04/02/2019) |
| 04/02/2019 | Ï 83 | NOTICE by Polycom, Inc. *Notice of Change of Address* (Ellis, Ryan) (Entered: 04/02/2019) |
| 04/08/2019 | Ï 84 | REPLY to Response to Motion re 67 MOTION to Compel *Polycom to Produce Discovery and to Reset the Claim Construction Schedule to Reflect Polycom's Refusal to Meet Its Discovery Obligations* filed by directPacket Research, Inc.. (Attachments: # 1 Exhibit C, # 2 Exhibit D)(Noona, Stephen) (Entered: 04/08/2019) |
| 04/08/2019 | Ï 85 | Request for Hearing by directPacket Research, Inc. re 67 MOTION to Compel *Polycom to Produce Discovery and to Reset the Claim Construction Schedule to Reflect Polycom's Refusal to Meet Its Discovery Obligations* (Noona, Stephen) (Entered: 04/08/2019) |
| 04/09/2019 | Ï | MOTIONS REFERRED to Magistrate Judge: Lawrence R. Leonard. 67 MOTION to Compel *Polycom to Produce Discovery and to Reset the Claim Construction Schedule to Reflect Polycom's Refusal to Meet Its Discovery Obligations* (clou, ) (Entered: 04/09/2019) |
| 04/09/2019 | Ï 86 | Request for Hearing by Polycom, Inc. re 48 MOTION to Transfer Case *pursuant to 28 USC 1404(a)* (Poynter, William) (Entered: 04/09/2019) |
| 04/11/2019 | Ï | |

| | | |
|---|---|---|
| | | Motion Hearing as to 67 MOTION to Compel set for 5/1/2019 at 10:00 AM in Norfolk Mag Courtroom 1 w/OCR before Magistrate Judge Lawrence R. Leonard. (lwoo) (Entered: 04/11/2019) |
| 04/11/2019 | Ï 87 | Agreed ORDER granting 78 Joint MOTION to Amend/Correct 32 Order Rule 16(b) Scheduling Order, 60 Order on Motion for Miscellaneous Relief, (and Memorandum in Support). See order for details. Copies distributed to all counsel. Signed by Magistrate Judge Lawrence R. Leonard on 4/11/2019. (clou ) (Entered: 04/11/2019) |
| 04/11/2019 | Ï | ***Motion Hearing terminated – 5/1/19 Motion to Compel (67). (lwoo) (Entered: 04/11/2019) |
| 04/12/2019 | Ï | Reset Markman Hearing for 8/19/2019 at 09:00 AM in Norfolk Courtroom 3 before District Judge Arenda L. Wright Allen. (lhow) (Entered: 04/12/2019) |
| 04/12/2019 | Ï | Reset Markman Hearing for 8/13/2019 at 09:00 AM in Norfolk Courtroom 3 before District Judge Arenda L. Wright Allen. (lhow) (Entered: 04/12/2019) |
| 04/23/2019 | Ï 88 | TRANSCRIPT of proceedings (Teleconference) held on 03/19/2019, before Judge Robert J. Krask, Court Reporter/Transcriber Heidi Jeffreys, Telephone number 757–222–7075. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 5/23/2019. Redacted Transcript Deadline set for 6/24/2019. Release of Transcript Restriction set for 7/22/2019.(jeffreys, heidi) (Entered: 04/23/2019)** |
| 04/29/2019 | Ï 89 | ORDER re 48 MOTION to Transfer Case *pursuant to 28 USC 1404(a)* filed by Polycom, Inc. See order for details. Signed by District Judge Arenda L. Wright Allen on 4/29/2019. (clou ) (Entered: 04/29/2019) |
| 05/15/2019 | Ï 90 | NOTICE of Appearance by Gary Alvin Bryant on behalf of Polycom, Inc. (Bryant, Gary) (Entered: 05/15/2019) |
| 05/15/2019 | Ï 91 | NOTICE of Appearance by Jason Eli Ohana on behalf of Polycom, Inc. (Ohana, Jason) (Entered: 05/15/2019) |
| 05/17/2019 | Ï 92 | Consent MOTION to Withdraw as Attorney *by William R. Poynter* by Polycom, Inc.. (Attachments: # 1 Proposed Order)(Poynter, William) (Entered: 05/17/2019) |
| 05/20/2019 | Ï 93 | Memorandum in Support re 48 MOTION to Transfer Case *pursuant to 28 USC 1404(a)* filed by Polycom, Inc.. (Attachments: # 1 Affidavit Declaration of Judy Hom, # 2 Affidavit Declaration of Marilyn Schmitt)(Ohana, Jason) (Entered: 05/20/2019) |
| 05/20/2019 | Ï 94 | Memorandum in Opposition re 48 MOTION to Transfer Case *pursuant to 28 USC 1404(a)* filed by directPacket Research, Inc.. (Attachments: # 1 Exhibit Exhibit 1)(Ferenc, Christopher) (Entered: 05/20/2019) |
| 05/20/2019 | Ï 95 | MOTION *to Seal Certain Documents* by Polycom, Inc.. (Attachments: # 1 Proposed Order)(Ohana, Jason) (Entered: 05/20/2019) |
| 05/20/2019 | Ï 96 | Memorandum in Support re 95 MOTION *to Seal Certain Documents* filed by Polycom, Inc.. (Ohana, Jason) (Entered: 05/20/2019) |
| 05/20/2019 | Ï 97 | Notice of Filing Sealing Motion LCvR5(C) by Polycom, Inc. re 95 MOTION *to Seal Certain Documents* (Ohana, Jason) (Entered: 05/20/2019) |

| | | |
|---|---|---|
| 05/21/2019 | Ï 98 | Sealed Memorandum in Support re 48 MOTION to Transfer Case *pursuant to 28 USC 1404(a)*. (Attachments: # 1 Hom Declaration, # 2 Schmitt Declaration)(Ohana, Jason) (Entered: 05/21/2019) |
| 05/28/2019 | Ï | Set Deadlines as to 67 MOTION to Compel *Polycom to Produce Discovery and to Reset the Claim Construction Schedule to Reflect Polycom's Refusal to Meet Its Discovery Obligations*. Motion Hearing set for 5/31/2019 at 03:00 PM in Norfolk Mag Courtroom 2 before Magistrate Judge Lawrence R. Leonard. (cdod, ) (Entered: 05/28/2019) |
| 05/29/2019 | Ï 99 | ORDER granting 92 , the Consent Motion for attorney William Rueger Poynter to withdraw is GRANTED; Mr. Poynter is withdrawn as counsel of record. The pending Motion to Transfer Venue remains under advisement. Signed by District Judge Arenda L. Wright Allen on 5/29/2019. (Allen, Arenda) (Entered: 05/29/2019) |
| 05/30/2019 | Ï | MOTIONS REFERRED to Magistrate Judge: Lawrence R. Leonard. 95 MOTION *to Seal Certain Documents* (clou ) (Entered: 05/30/2019) |
| 05/31/2019 | Ï 100 | Minute Entry re 67 MOTION to Compel held 5/31/19 before Magistrate Judge Lawrence R. Leonard. Steve Noona and Christopher Ferenc appeared on behalf of Plaintiff. Gary Bryant, Goutam Patnaik and Tuhin Ganguly appeared on behalf of Defendant. Argument by Mr. Ferenc and Mr. Patnaik. Comments and questions by the Court. (A brief recess was taken.)Argument by Mr. Gaguly. Rebuttal by Mr. Ferenc and Mr. Patnaik.The Court rules from the bench. No fees will be awarded to either side. The parties are directed to file a motion regarding the schedule change. With regard to the technical information, Defendant is to supplement discovery responses and affirm production within 10 days as specified on the record.The Court directs Defendant to permit Plaintiff, under supervision, access to financial database with respect to accused products within 28 days.The Court to prepare an Order. Court in recess. (Court Reporter Jody Stewart, OCR.)(lwoo) (Entered: 05/31/2019) |
| 06/03/2019 | Ï 101 | ORDER granting in part 67 MOTION to Compel Polycom to Produce Discovery and to Reset the Claim Construction Schedule to Reflect Polycom's Refusal to Meet Its Discovery Obligations. See order for details. Copies distributed to all counsel. Signed by Magistrate Judge Lawrence R. Leonard on 6/3/2019. (clou ) (Entered: 06/03/2019) |
| 06/04/2019 | Ï 102 | TRANSCRIPT of proceedings held on 5–31–2019, before Judge Lawrence R. Leonard, Court Reporter/Transcriber Jody Stewart, Telephone number 757–222–7071. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 7/5/2019. Redacted Transcript Deadline set for 8/5/2019. Release of Transcript Restriction set for 9/3/2019.(stewart, jody) (Entered: 06/04/2019)** |
| 06/05/2019 | Ï 103 | ORDER granting 95 Motion to Seal Certain Documents. See order for details. Copies distributed to all counsel. Signed by Magistrate Judge Lawrence R. Leonard on 6/5/2019. (clou ) (Entered: 06/05/2019) |
| 06/05/2019 | Ï | Set/Reset Hearings: Status Conference set for 6/6/2019 at 10:00 AM in Norfolk Judges Chamber before Magistrate Judge Lawrence R. Leonard. (jjon) (Entered: 06/05/2019) |
| 06/06/2019 | Ï 104 | ORDER re Agreed Order 87 . See order for specific details. Copies distributed to all counsel. Signed by Magistrate Judge Lawrence R. Leonard on 6/6/2019. (clou ) (Entered: 06/06/2019) |
| 06/06/2019 | Ï 105 | |

| | | |
|---|---|---|
| | | TRANSCRIPT of proceedings of telephone conference held on 6–6–2019, before Judge Lawrence R. Leonard, Court Reporter/Transcriber Jody Stewart, Telephone number 757–222–7071. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 7/8/2019. Redacted Transcript Deadline set for 8/6/2019. Release of Transcript Restriction set for 9/4/2019.(stewart, jody) (Entered: 06/06/2019)** |
| 06/06/2019 | Ï 106 | Minute Entry for proceedings held before Magistrate Judge Lawrence R. Leonard: Telephone Conference held on 6/6/2019. Matter came on for telephone conference. Present by telephone were Christopher Ferenc and Stephen Noona on behalf of the plaintiffs and Gary Bryant, Tuhin Ganguly, and Goutam Patnaik on behalf of the defendants. Counsel for the plaintiff sought changes to the Agreed Order of April 11, 2019 with regard to the Markman hearing proceedings. Counsel presents their cases to the Judge. Court makes rulings on the record and will enter an order. Telephone conference adjourned. (Court Reporter Jody Stewart, OCR.)(cdod, ) (Entered: 06/06/2019) |
| 06/07/2019 | Ï 107 | MOTION to Compel *Compliance with Subpoena to Produce Documents* by directPacket Research, Inc.. (Ferenc, Christopher) (Entered: 06/07/2019) |
| 06/07/2019 | Ï 108 | Memorandum in Support re 107 MOTION to Compel *Compliance with Subpoena to Produce Documents* filed by directPacket Research, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ferenc, Christopher) (Entered: 06/07/2019) |
| 06/07/2019 | Ï 109 | MOTION to Seal *Motion for Leave to File Documents Under Seal* by Polycom, Inc.. (Attachments: # 1 Proposed Order)(Ohana, Jason) (Entered: 06/07/2019) |
| 06/07/2019 | Ï 110 | Notice of Filing Sealing Motion LCvR5(C) by Polycom, Inc. re 109 MOTION to Seal *Motion for Leave to File Documents Under Seal* (Ohana, Jason) (Entered: 06/07/2019) |
| 06/07/2019 | Ï 111 | MOTION for Extension *of Time to Produce Discovery Responsive to the June 3, 2019 Order* by Polycom, Inc.. (Ohana, Jason) (Entered: 06/07/2019) |
| 06/07/2019 | Ï 112 | Sealed Memorandum in Support re 109 MOTION to Seal *Motion for Leave to File Documents Under Seal*, 111 MOTION for Extension *of Time to Produce Discovery Responsive to the June 3, 2019 Order*. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Ohana, Jason) (Entered: 06/07/2019) |
| 06/07/2019 | Ï 113 | Memorandum in Support re 109 MOTION to Seal *Motion for Leave to File Documents Under Seal* filed by Polycom, Inc.. (Ohana, Jason) (Entered: 06/07/2019) |
| 06/07/2019 | Ï 114 | Memorandum in Support re 109 MOTION to Seal *Motion for Leave to File Documents Under Seal*, 111 MOTION for Extension *of Time to Produce Discovery Responsive to the June 3, 2019 Order* filed by Polycom, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Ohana, Jason) (Entered: 06/07/2019) |
| 06/13/2019 | Ï 115 | RESPONSE to Motion re 111 MOTION for Extension *of Time to Produce Discovery Responsive to the June 3, 2019 Order* filed by directPacket Research, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Proposed Order)(Ferenc, Christopher) (Entered: 06/13/2019) |
| 06/17/2019 | Ï | MOTIONS REFERRED to Magistrate Judge: Lawrence R. Leonard. 109 MOTION to Seal *Motion for Leave to File Documents Under Seal* (clou, ) (Entered: 06/17/2019) |

| | | |
|---|---|---|
| 06/18/2019 | ï 116 | ORDER granting 109 MOTION to Seal Motion for Leave to File Documents Under Seal. Copies distributed to all counsel. Signed by Magistrate Judge Lawrence R. Leonard on 6/18/2019. (clou ) (Entered: 06/18/2019) |
| 06/19/2019 | ï 117 | MOTION to Seal *Confidential Reply in Support of Motion for Extension of Time to Produce Discovery Responsive to 6.3.2019 Order* by Polycom, Inc.. (Attachments: # 1 Proposed Order)(Bryant, Gary) (Entered: 06/19/2019) |
| 06/19/2019 | ï 118 | Notice of Filing Sealing Motion LCvR5(C) by Polycom, Inc. re 117 MOTION to Seal *Confidential Reply in Support of Motion for Extension of Time to Produce Discovery Responsive to 6.3.2019 Order* (Bryant, Gary) (Entered: 06/19/2019) |
| 06/19/2019 | ï 119 | Sealed Response/Reply/Opposition re 117 MOTION to Seal *Confidential Reply in Support of Motion for Extension of Time to Produce Discovery Responsive to 6.3.2019 Order*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Bryant, Gary) (Entered: 06/19/2019) |
| 06/19/2019 | ï 120 | Memorandum in Support re 109 MOTION to Seal *Motion for Leave to File Documents Under Seal* filed by Polycom, Inc.. (Bryant, Gary) (Entered: 06/19/2019) |
| 06/19/2019 | ï 121 | REPLY to Response to Motion re 117 MOTION to Seal *Confidential Reply in Support of Motion for Extension of Time to Produce Discovery Responsive to 6.3.2019 Order* filed by Polycom, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Bryant, Gary) (Entered: 06/19/2019) |
| 06/20/2019 | ï | MOTIONS REFERRED to Magistrate Judge: Lawrence R. Leonard. 111 MOTION for Extension *of Time to Produce Discovery Responsive to the June 3, 2019 Order* (clou ) (Entered: 06/20/2019) |
| 06/21/2019 | ï 122 | RESPONSE to Motion re 107 MOTION to Compel *Compliance with Subpoena to Produce Documents* filed by Visual Systems Group, Inc., Audio Fidelity Communications Corporation d/b/a The Whitlock Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Bryant, Gary) (Entered: 06/21/2019) |
| 06/25/2019 | ï 123 | ORDER granting 111 MOTION for Extension of Time to Produce Discovery Responsive to the June 3, 2019 Order. See order for details. Copies distributed to all counsel. Signed by Magistrate Judge Lawrence R. Leonard on 6/25/2019. (clou) (Entered: 06/25/2019) |
| 06/26/2019 | ï 124 | Joint MOTION to Amend/Correct 87 Order on Motion to Amend/Correct, 32 Order Rule 16(b) Scheduling Order, 60 Order on Motion for Miscellaneous Relief, *(and Memorandum in Support)* by directPacket Research, Inc.. (Attachments: # 1 Exhibit 1)(Noona, Stephen) (Entered: 06/26/2019) |
| 06/26/2019 | ï | MOTIONS REFERRED to Magistrate Judge: Leonard. 124 Joint MOTION to Amend/Correct 87 Order on Motion to Amend/Correct, 32 Order Rule 16(b) Scheduling Order, 60 Order on Motion for Miscellaneous Relief, *(and Memorandum in Support)* (afar) (Entered: 06/26/2019) |
| 06/27/2019 | ï 125 | Reply to Motion re 107 MOTION to Compel *Compliance with Subpoena to Produce Documents* filed by directPacket Research, Inc.. (Ferenc, Christopher) (Entered: 06/27/2019) |
| 06/28/2019 | ï 126 | Agreed ORDER granting 124 Joint MOTION to Amend/Correct 87 Order, 32 Order Rule 16(b) Scheduling Order, 60 Order. See order for details. Copies distributed to all counsel. Signed by Magistrate Judge Lawrence R. Leonard on 6/27/2019. (clou) (Entered: 06/28/2019) |
| 06/28/2019 | ï 127 | Claim Construction Brief filed by directPacket Research, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Ferenc, Christopher) (Entered: 06/28/2019) |
| 06/28/2019 | ï 128 | Declaration re 127 Claim Construction Brief by directPacket Research, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Ferenc, Christopher) (Entered: 06/28/2019) |

| | | |
|---|---|---|
| 06/28/2019 | Ï 129 | Claim Construction Brief filed by Polycom, Inc.. (Attachments: # 1 Table of Contents, # 2 List of Exhibits, # 3 Table of Authorities, # 4 Exhibit 1, # 5 Exhibit 1A, # 6 Exhibit 2, # 7 Exhibit 3, # 8 Exhibit 4, # 9 Exhibit 5, # 10 Exhibit 6, # 11 Exhibit 7, # 12 Exhibit 8, # 13 Exhibit 9, # 14 Exhibit 10, # 15 Exhibit 11)(Bryant, Gary) (Entered: 06/28/2019) |
| 07/02/2019 | Ï 130 | Consent MOTION to Amend/Correct 129 Claim Construction Brief, by Polycom, Inc.. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Ohana, Jason) (Entered: 07/02/2019) |
| 07/02/2019 | Ï 131 | Memorandum in Support re 130 Consent MOTION to Amend/Correct 129 Claim Construction Brief, filed by Polycom, Inc.. (Attachments: # 1 Exhibit A)(Ohana, Jason) (Entered: 07/02/2019) |
| 07/03/2019 | Ï 132 | ORDER granting 48 MOTION to Transfer Case pursuant to 28 USC 1404(a). This case is TRANSFERRED to the jurisdiction of the United States District Courtfor the Northern District of California. Copies distributed as directed. See order for specific details. Signed by District Judge Arenda L. Wright Allen on 7/3/2019. (clou ) (Entered: 07/03/2019) |
| 07/03/2019 | Ï | Case transferred to United States District Court, Northern District of California. Original file, certified copy of transfer order, and docket sheet sent. (clou ) (Entered: 07/03/2019) |