UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTPACKET RESEARCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> POLYCOM INC, <br><br> Defendant. | Case No.19-cv-03918-VKD <br><br> **ORDER DENYING WITHOUT PREJUDICE PRO HAC VICE APPLICATIONS** <br><br> Re: Dkt. Nos. 139, 146, 165, 166 |

Several attorneys[1] have applied for admission *pro hac vice*, identifying Gregory Bishop as California counsel of record. However, the Court has been unable to find Mr. Bishop on the membership rolls of the bar of the Northern District of California. Accordingly, the pending applications are denied without prejudice to renew the requests, identifying an attorney "by name and office address, who is a member of the bar of this Court in good standing and who maintains an office within the State of California" as co-counsel. Civ. L.R. 11-3(a)(3). If Mr. Bishop believes that there has been an error with respect to his membership status, he should contact the Attorney Admissions Deputy Clerk at admissioninfo@cand.uscourts.gov or 415-522-2060, to correct any error.

**IT IS SO ORDERED.**

Dated: July 25, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] The applicants are Goutam Patnaik, Ryan H. Ellis, Suparna Datta and David J. Shaw.