Russell Hayman (CA Bar No. 110643)
rhayman@mwe.com
Jon Dean (CA Bar No. 184972)
jdean@mwe.com
Tala Toufanian Jayadevan (CA Bar No. 288121)
tjayadevan@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3218
Tel: 310-277-4110
Fax: 310-277-4730

Tuhin Ganguly, Esq. (CA State Bar No. 261484)
gangulyt@pepperlaw.com
Goutam Patnaik, Esq. (*pro hac vice*)
patnaikg@pepperlaw.com
**PEPPER HAMILTON LLP**
2000 K Street, N.W., Suite 600
Washington, DC 20006
Telephone:  202-220-1247
Fax:  202-220-1465

*Attorneys for Defendant and Counter-Claimant*
Polycom, Inc.

*[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| DIRECTPACKET RESEARCH, INC., | Case No.  5:19-cv-03918-LHK |
| Plaintiff, | **DEFENDANT POLYCOM, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| POLYCOM, INC., | |
| Defendant. | |

1

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS  CASE NO. 5:19-CV-03918-LHK

Defendant Polycom, Inc. ("Polycom") makes this Certification as to Interested Parties. Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have any other kind of interest that could be substantially affected by the outcome of the proceeding:

Plantronics, Inc. (Polycom is a wholly-owned subsidiary of Plantronics, Inc.); and

Edgewater Networks, Inc. (now part of Ribbon Communications Operating Company, Inc.).

DATED: September 25, 2019          Respectfully submitted,

/s/ Tuhin Ganguly

Tuhin Ganguly (CA State Bar No. 261484)
gangulyt@pepperlaw.com
Goutam Patnaik (*pro hac vice*)
patnaikg@pepperlaw.com
David J. Shaw (*pro hac vice*)
shawd@pepperlaw.com
Ryan H. Ellis (*pro hac vice*)
ellisr@pepperlaw.com
Pepper Hamilton LLP
2000 K Street, NW, Suite 600
Washington, DC 20006-1865
Tel: 202-220-1200
Fax: 202-220-1465

Russell Hayman (CA Bar No. 110643)
rhayman@mwe.com
Jon Dean (CA Bar No. 184972)
jdean@mwe.com
Tala Toufanian Jayadevan (CA Bar No. 288121)
tjayadevan@mwe.com
MCDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3218
Tel: 310-277-4110
Fax: 310-277-4730

| | |
|---|---|
| 1 | Amol A. Parikh (*pro hac vice*) |
| 2 | amparikh@mwe.com<br>MCDERMOTT WILL & EMERY LLP |
| 3 | 444 West Lake Street<br>Chicago, IL 60606-0029 |
| 4 | Tel: 312-984-6477<br>Fax: 312-984-7700 |
| 5 | |
| 6 | Gregory Bishop (CA Bar No. 184680)<br>bishopg@pepperlaw.com |
| 7 | Pepper Hamilton LLP<br>333 Twin Dolphin Drive, Suite 400 |
| 8 | Redwood City, CA 94065-1434<br>Tel: 650-802-3601 |
| 9 | Fax: 650-802-3650 |
| 10 | |
| 11 | Suparna Datta (*pro hac vice*)<br>dattas@pepperlaw.com |
| 12 | Brittanee L. Friedman (*pro hac vice*)<br>friedmbr@pepperlaw.com |
| 13 | Pepper Hamilton LLP<br>19th Floor, High Street Tower |
| 14 | 125 High Street<br>Boston, MA 02110-2736 |
| 15 | Tel: 617-204-5100<br>Fax: 617-204-5150 |
| 16 | |
| 17 | *Attorneys for Defendant and Counter-Claimant Polycom, Inc.* |