UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTPACKET RESEARCH, INC., <br><br>　　　　　Plaintiff, <br><br>　　　v. <br><br>POLYCOM INC, <br><br>　　　　　Defendant. | Case No. 19-CV-03918-LHK <br><br> **ORDER DENYING MOTION TO SEAL AND MOTION TO AMEND CLAIM CONSTRUCTION BRIEF AS MOOT** <br><br> Re: Dkt. Nos. 117, 130 |

On July 3, 2019, the United States District Court for the Eastern District of Virginia ("Virginia Court") granted a motion to transfer this case to this Court. ECF No. 132. The Virginia Court transferred this case with the following two motions pending: (1) Defendant's June 19, 2019 motion to seal its confidential reply in support of a motion for extension of time to produce documents responsive to a June 3, 2019 court order, ECF No. 117, and (2) Defendant's July 2, 2019 motion to amend its claim construction brief, ECF No. 130.

On October 4, 2019, this Court filed a case management order setting the case schedule, including a claim construction briefing schedule. ECF No. 202. The Court therefore DENIES as moot Defendant's June 19, 2019 motion to seal and Defendant's July 2, 2019 motion to amend its

1

Case No. 19-CV-03918-LHK
ORDER DENYING MOTION TO SEAL AND MOTION TO AMEND CLAIM CONSTRUCTION BRIEF AS MOOT

claim construction brief.

**IT IS SO ORDERED.**

Dated: November 14, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 19-CV-03918-LHK
ORDER DENYING MOTION TO SEAL AND MOTION TO AMEND CLAIM CONSTRUCTION BRIEF AS MOOT