# EXHIBIT 1

SUBMITTED UNDER SEAL

SOUGHT TO BE SEALED IN ITS ENTIRETY