UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTPACKET RESEARCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> POLYCOM INC, <br><br> Defendant. | Case No. 19-CV-03918-LHK <br><br> **ORDER OF REFERRAL RE MOTION TO COMPEL AND/OR STRIKE** <br><br> Re: Dkt. No. 217 |

On December 5, 2019, Defendant Polycom Inc. ("Defendant") filed a motion to compel Plaintiff directPacket Research Inc. ("Plaintiff") to comply with Patent Local Rule 3-1 and/or strike Plaintiff's infringement contentions. ECF No. 217. The motion to compel and/or strike strike is hereby referred to United States Magistrate Judge Virginia DeMarchi for disposition.

**IT IS SO ORDERED.**

Dated: December 6, 2019

*Lucy H. Koh*

LUCY H. KOH
United States District Judge