Tuhin Ganguly, Esq. (CA Bar No. 261484)
gangulyt@pepperlaw.com
Goutam Patnaik, Esq. (*pro hac vice*)
patnaikg@pepperlaw.com
Ryan H. Ellis, Esq. (*pro hac vice*)
ellisr@pepperlaw.com
David Shaw (*pro hac vice*)
shawd@pepperlaw.com
**PEPPER HAMILTON LLP**
2000 K Street, N.W., Suite 600
Washington, DC 20006
Telephone:  202-220-1247
Fax:  202-220-1465

Gregory S. Bishop (CA Bar No. 184680)
bishopg@pepperlaw.com
**PEPPER HAMILTON LLP**
333 Twin Dolphin Avenue, Suite 400
Redwood City, CA 94065-1434
Telephone:  650-802-3600
Fax:  650-802-3650

Suparna Datta (*pro hac vice*)
dattas@pepperlaw.com
Brittanee L. Friedman (*pro hac vice*)
friedmbr@pepperlaw.com
**PEPPER HAMILTON LLP**
19th Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
Telephone:  617-204-5100
Fax:  617-204-5150

Russell Hayman (CA Bar No. 110643)
rhayman@mwe.com
Jon Dean (CA Bar No. 184972)
jdean@mwe.com
Tala Toufanian Jayadevan (CA Bar
No. 288121)
tjayadevan@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3218
Telephone:  310-277-4110
Fax:  310-277-4730

Amol A Parikh (*pro hac vice)*
ampraikh@mwe.com
**MCDERMOTT WILL & EMERY LLP**
444 West Lake Street
Chicago, IL 60606
Telephone:  312-984-6577
Fax:  312-984-7700

Attorneys for Defendant and Counterclaimant,
Polycom, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| DIRECTPACKET RESEARCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> POLYCOM, INC., <br><br> Defendant. | Case No.  5:19-cv-03918-LHK <br><br> **DEFENDANT POLYCOM, INC.'S NOTICE OF INSTITUTION OF PETITIONS FOR *INTER PARTES* REVIEW ON ALL THREE PATENTS-IN-SUIT** |

1

On August 19, 2019, Defendant Polycom, Inc. ("Polycom") notified the Court that on June 24, 2019, Polycom timely filed three petitions for Inter Partes Review ("IPR") with the Patent Trial and Appeal Board ("PTAB") at the U.S. Patent and Trademark Office challenging all claims of all of the patents-in-suit as invalid. Specifically, petition IPR2019-01233 challenges claims 1-23 of U.S. Patent No. 7,773,588 ("the '588 Patent"); petition IPR2019-01234 challenges claims 1-30 of U.S. Patent No. 7,710,978 ("the '978 Patent"); and petition IPR2019-01235 challenges claims 1-23 of U.S. Patent No. 8,560,828 ("the '828 Patent"). In accordance with 35 U.S.C. § 314(b), the PTAB granted institution of all three IPRs on January 13, 2020.

At the Case Management Conference on October 2, 2019, Polycom asked the Court for guidance regarding filing a motion to stay the proceedings. The Court instructed Polycom to wait until the institution decisions were issued to raise the stay. (*See* Hearing Tr. at 19:16-17.) The Court also described its prior practice of staying matters when all patent claims asserted in the proceeding are instituted, as is the case here. (*See id*. at 19:24-20:1 (indicating that the Court would stay the proceedings if the PTAB granted institution of all three IPRs in this matter).)

Accordingly, Polycom seeks the Court's guidance regarding the necessity of a formal motion to stay at this juncture. Additionally, the parties will be attending a hearing tomorrow, January 14, 2020, at 10:00am in front of Judge DeMarchi should the Court wish to address this Notice while the parties are present.

DATED: January 13, 2020          Respectfully submitted,

         PEPPER HAMILTON LLP

         By: */s/ Tuhin Ganguly*
         Tuhin Ganguly
         Goutam Patnaik
         Gregory S. Bishop
         Suparna Datta
         Ryan H. Ellis
         David Shaw
         Brittanee L. Friedman

MCDERMOTT WILL & EMERY LLP
Russell Hayman
Jon Dean
Tala Toufanian Jayadevan
Amol A Parikh

Counsel for Defendant and Counterclaimant
POLYCOM, INC.