1  Megan Whyman Olesek (SBN #191218)
   olesek@turnerboyd.com
2  Zhuanjia Gu (SBN #244863)
   gu@turnerboyd.com
3  **TURNER BOYD LLP**
   702 Marshall Street, Suite 640
4  Redwood City, CA 94063
   Telephone: 650.521.5930
5  Facsimile: 650.521.5931

6  Terence P. Ross (*Pro Hac Vice*)
   terence.ross@kattenlaw.com
7  Sean S. Wooden (*Pro Hac Vice*)
   sean.wooden@kattenlaw.com
8  Christopher B. Ferenc (*Pro Hac Vice*)
   christopher.ferenc@kattenlaw.com
9  **KATTEN MUCHIN ROSENMAN LLP**
   2900 K Street, N.W., Suite 200
10 Washington, D.C. 20007
   Telephone: (202) 625-3500
11 Facsimile: (202) 298-7570

12 Yashas K. Honasoge (*Pro Hac Vice*)
   yashas.honasoge@kattenlaw.com
13 **KATTEN MUCHIN ROSENMAN LLP**
   525 W. Monroe Street, Suite 1600
14 Chicago, IL 60661
   Telephone: (312) 912-5200
15 Facsimile: (312) 902-1061

16 Paul A. Grammatico (SBN 246380)
   paul.grammatico@katten.com
17 **Katten Muchin Rosenman LLP**
   515 S. Flower St., Suite 4150
18 Los Angeles, CA 90071-2212
   Telephone:    213.440.9000
   Facsimile:    213.443.9001

19 *Attorneys for Plaintiff
   directPacket Research, Inc.*

20

21              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
22                    SAN JOSE DIVISION

23

   DIRECTPACKET RESEARCH, INC.,           ) Case No. 5:19-cv-03918-LHK
24                                        )
                  Plaintiff,              )
25                                        ) **NOTICE OF APPEARANCE AND**
          v.                              ) **SUBSTITUTION OF COUNSEL**
26                                        )
   POLYCOM, INC.,                         )
27                                        )
                  Defendant.              )
28                                        )

**ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Paul A. Grammatico hereby gives notice of his appearance on behalf of Plaintiff directPacket Research, Inc. and requests that all pleadings and notices to parties filed by any party in this matter be served as follows:

Paul A. Grammatico
**KATTEN MUCHIN ROSENMAN LLP**
515 S. Flower St., Suite 4150
Los Angeles, California 90071-2212
paul.grammatico@katten.com
Telephone: 213.443.9000
Facsimile: 213.443.9001

**PLEASE TAKE FURTHER NOTICE**, pursuant to Local Rule 5-1(c)(2), that Paul A. Grammatico is substituting into the case in place of Emily C. Grimm, whose name should be removed from the docket. Ms. Grimm's information appears on the docket as follows:

Emily Claire Grimm
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
310-788-4400
Fax: 310-788-4471
emily.grimm@kattenlaw.com

Dated:   March 24, 2020              **KATTEN MUCHIN ROSENMAN LLP**

By:   /s/ Paul A. Grammatico
      Attorneys for Plaintiff, directPacket Research, Inc.