Megan Whyman Olesek (SBN #191218)
olesek@turnerboyd.com
Zhuanjia Gu (SBN #244863)
gu@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: 650.521.5930
Facsimile: 650.521.5931

Terence P. Ross (*Pro Hac Vice*)
terence.ross@kattenlaw.com
Sean S. Wooden (*Pro Hac Vice*)
sean.wooden@kattenlaw.com
Christopher B. Ferenc (*Pro Hac Vice*)
christopher.ferenc@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2900 K Street, N.W., Suite 200
Washington, D.C. 20007
Telephone: (202) 625-3500
Facsimile: (202) 298-7570


*Attorneys for Plaintiff
directPacket Research, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| **DIRECTPACKET RESEARCH, INC.,** | ) |
|      **Plaintiff,** | ) )  ) |
|     **v.** | ) CASE NO. 5:19-CV-03918-JD ) |
| **POLYCOM, INC.,** | ) ) |
|     **Defendant.** | ) ) ) |

**STATUS REPORT REGARDING THE CONCLUSION OF IPR**

On January 13, 2020, the Patent Trial and Appeal Board ("PTAB") granted institution of three *inter partes* review petitions filed by Defendant Polycom, Inc. regarding each of the Patents-in-Suit – IPR2019-01233; IPR2019-01234; and IPR2019-01235 (collectively, the "IPR Proceedings"). On January 16, 2020, the Court stayed this lawsuit pending a final decision by the PTAB in the IPR Proceedings. (ECF No. 233). The Court directed that the parties inform the Court within two business days of the PTAB's completion of the IPR Proceedings. (*Id*. at 3). In compliance with the Court's order, directPacket now reports that on August 26, 2022, the PTAB issued a final written decision in the sole remaining IPR. The deadline to file a Notice of Appeal of that decision expired on October 28, 2022. As such, all IPR Proceedings have concluded.

In IPR2019-01233, the PTAB issued a Final Written Decision on Remand holding that Polycom has not shown Claims 1-23 of U.S. Patent No. 7,773,588 are unpatentable. IPR2019-01233, Paper 77. In IPR2019-01234, the PTAB issued a Final Written Decision holding that claims 2-5, 15-17, 23-26, 29, and 30 of U.S. Patent No. 7,710,978 are unpatentable, and that unasserted claims 8, 9, 19, 20, 27, and 28 were not shown unpatentable. IPR2019-01234, Paper 62. Patent Owner also disclaimed claims 1, 6, 7, 10–14, 18, 21, and 22 of the '978 patent. IPR2019-01234, Ex. 2049. In IPR2019-01235, the PTAB issued a Final Written Decision holding that claims 1-23 of U.S. Patent No. 8,560,828 are unpatentable. IPR2019-01235, Paper 69.

Accordingly, the stay in this litigation should be lifted. directPacket awaits the Court's instructions on how to proceed.

Dated:   November 1, 2022

Respectfully submitted,

/s/     Christopher B. Ferenc
Terence P. Ross (*Pro Hac Vice*)
terence.ross@kattenlaw.com
Sean S. Wooden (*Pro Hac Vice*)
sean.wooden@kattenlaw.com
Christopher B. Ferenc (*Pro Hac Vice*)
christopher.ferenc@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2900 K Street, N.W., Suite 200
Washington, D.C. 20007
Telephone: (202) 625-3500
Facsimile: (202) 298-7570

Megan Whyman Olesek (SBN #191218)
olesek@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

*Attorney for Plaintiff*
*directPacket Research, Inc.*